UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21CR408 SRW |
| KIERSTON MILLER, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about April 27, 2021, within the Eastern District of Missouri, the defendant,

**KIERSTON MILLER,**

did knowingly assault, resist, oppose, impede, intimidate and interfere with P.S, a Missouri State Trooper assigned as a task force officer with the United States Marshals Service in the Eastern District of Missouri, while P.S. was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

Respectfully submitted,

SAYLER FLEMING
United States Attorney

*Tracy L. Berry*
TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

/s/ Tracy L. Berry
TRACY L. BERRY 014753 TN

Subscribed and sworn to before me this  20th  day of July 2021.



Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: /s/ David L. Braun
DEPUTY CLERK