UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:21 CR 408 SRW |
| ) | |
| v. ) | |
| ) | |
| KIERSTON MILLER, ) | |
| ) | |
| Defendant. ) | |

**DETENTION ORDER**

On July 21, 2021, defendant KIERSTON MILLER came before the Court with counsel for an initial appearance on a misdemeanor Information that included a detention hearing on motion of the United States that defendant be detained in the custody of the United States Marshals Service until trial under the Bail Reform Act of 1986, 18 U.S.C. § 3142. (Doc. 3.)   The information charges defendant with assaulting a task force officer with the United States Marshals Service who was engaged in the performance of his official duties, in violation of 18 U.S.C. § 111(a)(1).

During these proceedings, through counsel and personally, defendant orally, voluntarily waived his right to a detention hearing, knowing that a detention order would be issued and that the detention order would be reconsidered upon motion of the defendant in the future.  Defendant was also ordered detained by this Court on May 4, 2021, in a different case, No. 4:16 CR 558, Doc. 108.

Therefore,

**IT IS HEREBY ORDERED** that the motion of the United States that defendant KIERSTON MILLER be detained (Doc. 3) **is sustained.**  Defendant is committed to the custody of the United States Marshals Service until further order.

**IT IS FURTHER ORDERED** that defendant be confined in a corrections facility, separate, to the extent practicable, from persons awaiting trial, serving sentences, or being held in custody pending appeal.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which defendant is confined must deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                                               /s/ David D. Noce
                                      **UNITED STATES MAGISTRATE JUDGE**

Signed on July 22, 2021.